IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN AUGUST BROOKS,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. DEPT. OF VETERANS AFFAIRS,<br><br>        Defendant.                    / | No. 06-07835 CW<br><br>ORDER CONTINUING<br>CASE MANAGEMENT<br>CONFERENCE |

   Pursuant to the Case Management Conference Statement filed by Plaintiff on March 7, 2007,

   IT IS HEREBY ORDERED that the Case Management Conference, previously set for March 30, 2007, is continued to June 19, 2007, at 2:00 p.m.  A joint Case Management Statement will be due one week prior to the conference.

   Plaintiff shall serve a copy of this Order on all parties to this action.

   3/27/07
Dated _____            _____
                                         CLAUDIA WILKEN
                                         United States District Judge