CHARLES C. KELLY, II, ESQ., State Bar No. 122253
BETHANY CARACUZZO, ESQ., State Bar No. 190687
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue
2080 Opera Plaza
San Francisco, CA  94102-6388
(415) 441-5544

Attorneys for Plaintiff

**FILED**
NOV 2 0 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN AUGUST BROOKS, BONITA FINNIE, and MILDRED YVETTE MARSHALL<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | CASE NUMBER  C067835 CW<br><br>**STIPULATION AND ORDER FOR PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT PROPERLY IDENTIFYING ALL PLAINTIFFS and DISMISSING DEFENDANT U.S. DEPT. OF VETERANS AFFAIRS** |

   Plaintiffs, by and through their attorney Bethany Caracuzzo of Hersh & Hersh, and Defendant United States of America, by and through its attorney Jonathan U. Lee, hereby stipulate to the following:

   Plaintiffs are permitted to file a Second Amended Complaint to properly name Bonita Finnie, previously identified as nominal defendant Bonita Brooks, and Mildred

- 1 -
STIPULATION AND ORDER TO FILE SECOND AMENDED COMPLAINT

Yvette Marshall, previously identified as nominal defendant Mildred Yvett as Plaintiffs to this litigation.

Plaintiffs also dismiss Defendant U.S. Department of Veterans Affairs.

A proposed Second Amended Complaint is submitted as Exhibit "A" hereto.

SO STIPULATED:

DATED  11/14 , 2007.

JONATHAN U. LEE, ESQ.
Attorney for United States of America.

DATED:  11/14 , 2007.

BETHANY CARACUZZO, ESQ.
Attorney for Plaintiffs

IT IS SO ORDERED.

1  Plaintiffs shall file the Second Amended Complaint attached
2  as Exhibit "A" to this Stipulation.

3
4  DATED: __NOV 2 0 2007__, 2007.

5
6
7
8  _____
9  HON. CLAUDIA WILKEN

HERSHANDHERSH
A Professional Corporation

# EXHIBIT A

CHARLES C. KELLY, II, ESQ., State Bar No. 122253
BETHANY CARACUZZO, ESQ., State Bar No. 190687
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue
2080 Opera Plaza
San Francisco, CA  94102-6388
(415) 441-5544

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN AUGUST BROOKS, BONITA FINNIE, and MILDRED YVETTE MARSHALL<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants. | CASE NUMBER   C067835 CW<br><br>**[PROPOSED]**<br>**SECOND AMENDED COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL** |

Comes now Plaintiffs Jonathan August Brooks, Bonita Finnie and Mildred Yvette Marshall and plead as follows:

1. Plaintiff Jonathan August Brooks resides in San Francisco, California. He is the biological son and heir of decedent Henry V. Brooks, Jr.;

\\

\\

2. Plaintiff Bonita (Brooks) Finnie resides in Oakland, California. She is the biological daughter and heir of decedent Henry V. Brooks, Jr. She was formerly identified as a nominal defendant in this litigation, but now appears as a Plaintiff.

3. Plaintiff Mildred Yvette (Brooks) Marshall resides in Oakland, California. She is the biological daughter and heir of decedent Henry V. Brooks, Jr. She was formerly identified as nominal defendant Mildred Yvett in this litigation, but now appears as a Plaintiff.

4. At all times relevant herein, Defendants the United States of America via the United States Department of Veterans Affairs ("VA"), operate and manage the "San Francisco VA Medical Center," which includes, among other things, a hospital, skilled nursing facility, diagnostic laboratories, and dialysis center.

5. Defendant United States of America employs, supervises and manages physicians, nurses, medical technicians, therapists and other allied health care professions who work at the San Francisco VA Medical Center.

6. Said Defendant, via the San Francisco V.A. Medical Center, is located in the County of San Francisco, business form unknown, and treated, cared for, and diagnosed decedent Henry V. Brooks, Jr. by and through its agents and/or employees, including but not limited to physicians, nurses, medical assistants, technicians, and other persons rendering medical care and treatment to patients.

- 2 -
SECOND AMENDED COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

7. Plaintiffs are informed and believe and thereon allege that the Defendant and its employees and/or agents was in some manner negligent and legally responsible for the events and happenings alleged in this Complaint and for Plaintiffs' injuries and damages.

8. On or about September 23, 2004, decedent Henry V. Brooks, Jr. was being treated at the San Francisco V.A. Medical Center for his renal disease when a dialysis catheter was negligently and improperly introduced into his left carotid artery by defendant's employee and agent. Thereafter, Defendant, in treating and caring for decedent, did not realize that this mistake had been made and did not attempt to correct it until four days later, on September 27, 2004.

9. Defendant's negligence in placing the catheter and its delay in correcting the misplacement caused decedent to suffer a massive stroke, which caused his death on December 24, 2004.

10. As a consequence of decedent's death, plaintiff Jonathan Brooks has suffered the loss of economic support that his father provided him, and all Plaintiffs have lost their father's love, care, comfort, companionship, and moral and emotional support all to their damage in amount as shown by the evidence at trial herein.

11. Plaintiff Jonathan Brooks submitted a tort claim arising out of decedents' death on April 11, 2005. Defendant failed to make a final disposition of the claim within six months of the filing of the claim. Plaintiff

- 3 -
SECOND AMENDED COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

Bonita Finnie submitted a tort claim, at the request of counsel for the Department of Veterans Affairs, on or about November 2, 2006. Defendant failed to make a final disposition of the claim within six months of the filing of the claim. Plaintiff Mildred Yvette Marshall, who did not submit a tort claim, is an heir of decedent Henry V. Brooks along with her two siblings, entitled to a joint portion of the damages, which are set and limited by MICRA, California Civil Code §3333.1 et seq.

### FIRST CAUSE OF ACTION
### [MEDICAL NEGLIGENCE]

12. Plaintiffs hereby incorporate by reference Paragraphs 1-11 as if the same were fully set forth herein.

13. Defendant, along with its agents and employees were below the standard of care and negligent in the care and treatment of decedent Henry V. Brooks, Jr. thereby causing decedent to suffer a massive stroke causing Decedent's death.

WHEREFORE, Plaintiffs pray for judgment against Defendants, and each of them, as set forth herein.

### PRAYER

1. For general and special damages in an amount within the jurisdiction of the Court;

2. For medical, hospital, and related expenses according to proof;

3. For loss of earnings according to proof;

4. For interest according to law;

5. For costs of this suit; and

\\

- 4 -
SECOND AMENDED COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

6. For such other relief as the Court deems just and proper.

DATED: November 14, 2007

                HERSH & HERSH
                A Professional Corporation

                By_____
                BETHANY CARACUZZO
                Attorneys for Plaintiff

CHARLES C. KELLY, II, ESQ., State Bar No. 122253
BETHANY CARACUZZO, ESQ., State Bar No. 190687
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue
2080 Opera Plaza
San Francisco, CA  94102-6388
(415) 441-5544

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN AUGUST BROOKS, | CASE NUMBER   C067835 CW |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| UNITED STATES OF AMERICA; DEPARTMENT OF VETERANS AFFAIRS; BONITA BROOKS; MILDRED YVETT; AND DOES 1-20, inclusive, | |
| Defendants. | |

I hereby certify that on November 15, 2007, I caused the following **STIPULATION AND ORDER FOR PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT PROPERLY IDENTIFYING ALL PLAINTIFFS AND DISMISSING DEFENDANT U.S. DEPARTMENT OF VETERANS AFFAIRS** to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- 1 -
CERTIFICATE OF SERVICE

```
                    Scott N. Schools
                    Joann M. Swanson
                    Jonathan U. Lee
                    Department of Justice
                    450 Golden Gate Ave., 9th Fl.
                    San Francisco, CA  94102
                    Attorney for Defendant
                    UNITED STATES OF AMERICA
```

I declare under penalty of perjury that the above is true and correct.

Executed on November 15, 2007, at San Francisco, California.



_____
LILY LEE