1  SCOTT N. SCHOOLS (SC Bar No. 9990)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  JONATHAN U. LEE (SBN 148792)
   Assistant United States Attorney
4
      450 Golden Gate Avenue, Ninth Floor
5     San Francisco, California 94102
      Telephone:      (415) 436-6909
6     Facsimile:      (415) 436-6748
      Email: jonathan.lee@usdoj.gov
7
   Attorneys for UNITED STATES OF AMERICA
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    OAKLAND DIVISION

12
   JONATHAN AUGUST BROOKS,         )   No. C 06-7835 CW
13 BONITA FINNIE, and MILDRED      )
   YVETTE MARSHALL,                )   **STIPULATION OF DISMISSAL;**
14                                 )   **[PROPOSED] ORDER**
         Plaintiff,                )
15                                 )
             v.                    )
16                                 )
   UNITED STATES OF AMERICA,       )
17                                 )
         Defendants.               )
18 _____  )

19

20     THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, HEREBY

21 SUBMIT THE FOLLOWING STIPULATION:

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), Plaintiffs JONATHAN AUGUST BROOKS, BONITA FINNIE, and MILDRED YVETTE MARSHALL and Defendant UNITED STATES OF AMERICA stipulate to the dismissal with prejudice of <u>Brooks v. United States</u>, Northern District Case No. C 06-7835 CW. Each party will bear its own costs.

**SO STIPULATED.**

DATED: December 21, 2007

_____
Jonathan August Brooks, Plaintiff

DATED: December 21, 2007

_____
Bonita Finnie, Plaintiff

DATED: December 21, 2007

_____
Mildred Yvette Marshall, Plaintiff

DATED: December 21, 2007

HERSH & HERSH

_____
BETHANY CARACUZZO
Attorneys for Plaintiffs

DATED: January 29, 2008

SCOTT N. SCHOOLS
United States Attorney

_____
JONATHAN U. LEE
Assistant United States Attorney
Attorneys for UNITED STATES

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: 1/30/08

_____
The Honorable Claudia Wilken
UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL; PROPOSED ORDER
No. C 06-7835 CW                          -2-